UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| JAY P. MOSKOWITZ and | § | CASE NO. 10-73348-WLH |
| NADINE K. BADDOUR, | § | |
| | § | |
| Debtors. | § | |

## NOTICE OF REASSIGNMENT OF HEARING

**PLEASE TAKE NOTICE** that the Hearing on M. Abuhab Participacoes S.A's Consent Motion for Relief from the Automatic Stay and Waiver of Stay of Order Under Bankruptcy Rule 4001(a)(3) (the "Motion") [Doc 33], scheduled to be heard on October 7, 2010 at 2:30 p.m., has been rescheduled and that a Hearing will be held on the Motion on October 19, 2010 at 9:30 a.m. in Courtroom 1403, U.S. Courthouse, 75 Spring Street, S.W., Atlanta, Georgia.

Dated: October 4, 2010

FSB FISHER BROYLES,
Limited Liability Partnership

Counsel for M. Abuhab Participacoes S.A.

 /s/ Elaine N. Brasch
Elaine N. Brasch
Georgia Bar No. 078435

255 Walhalla Court
Atlanta, Georgia 30350
(678) 860-1911 (phone)
(866) 261-7062 (facsimile)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| JAY P. MOSKOWITZ and NADINE K. BADDOUR, | § § § § | CASE NO. 10-73348-WLH |
| Debtors. | § | |

## CERTIFICATE OF SERVICE

I, Darlene Daws of the firm of FSB Fisher Broyles, a Limited Liability Partnership, 2016 Bascomb Carmel Road, Woodstock, Ga. 30189 certify:

1. That I am, and at all times hereinafter mentioned, was more than 18 years of age;

2. That on the 4th day of October, 2010, I cause to be served a copy of the **Notice of Reassignment of Hearing** by first-class U.S. Mail on the parties on the attached list.

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on October 4th, 2010

FSB FISHER BROYLES,
Limited Liability Partnership

/s/ Darlene Daws
Sr. Paralegal to
Elaine N. Brasch
Georgia Bar No. 078435

FSB FisherBroyles, LLP
2016 Bascomb Carmel Road
Woodstock, GA  30189

Mr. Jay P. Moskowitz
Ms. Nadine K. Baddour
5655 Cross Gate Drive, NW
Atlanta, Georgia 30327

Evan M. Altman, Esq.
Building 2 – Northridge 400
8325 Dunwoody Place
Atlanta, Georgia 30350

Vivieon E. Kelley, Esq.
Office of the U.S. Trustee
362 Russell Federal Building
75 Spring Street, SW
Atlanta, Georgia 30303

Mr. Marco Betti
c/o Lynn L. Carroll, Esq.
Siegel & Golder, PC
5605 Glenridge Drive, Suite 690
Atlanta, Georgia 30342

Paul G. Durdaller, Esq.
Taylor English Duma, LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339

Internal Revenue Service
P. O. Box 21126
Philadelphia, Pennsylvania 19114-0326

Arbor Capital Resources, Inc.
c/o Paul C. Munger, Esq.
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339

Mr. Mark McCall
3 Kirsten Place
Weston, Connecticut 06883

Citi Cards
P. O. Box 688901
Des Moines, Iowa 50368

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, Pennsylvania 19044

Bank of America
P. O. Box 851001
Dallas, Texas 75285

Sears
P. O. Box 183082
Columbus, Ohio 43218

Merrill Lynch
P. O. Box 5459
Mt. Laurel, New Jersey 08054

Shapiro & Swertfeger
2872 Woodcock Boulevard, Suite 100
Atlanta, Georgia 30341

Miguel Abuhab Particpacoes, SA
Avenida Santos Dumont 935
Joinville
Santa Catarina, Brazil, 89218105

Sunrise Credit Services, Inc.
P. O. Box 9100
Farmingdale, New York 11735

Chase
P. O. Box 15548
Wilmington, Delaware 19889

Mr. Mark Kick
340 Tabbark Court NW
Atlanta, Georgia 30319

Mr. Michael Madzo
548 Mill Street
Excelsior, Minnesota 55331

Mr. Al Vela
1605 Driskill Drive
Irving, Texas 70538

American Express
P. O. Box 360002
Ft. Lauderdale, Florida 33336

Regions Bank
FIA Card Services
P. O. Box 15710
Wilmington, Delaware 19886

Bergdorf Goodman
P. O. Box 729080
Dallas, Texas 75372

Neiman Marcus
P. O. Box 5235
Carol Stream, Illinois 60197

Mercedes Benz
P. O. Box 9001680
Louisville, Kentucky 40290

Direct Merchants Bank
P. O. Box 5241
Carol Stream, Illinois 60197