**IT IS ORDERED as set forth below:**

Date: October 12, 2010

_____
**Wendy L. Hagenau**
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-73348 |
| | ) | |
| JAY P. MOSKOWITZ, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | JUDGE WENDY L. HAGENAU |
| _____ | ) _____ | |
| | | |
| DCFS TRUST, as assignee/successor | ) | |
| in interest to DaimlerChrysler | ) | |
| Services North Americas LLC, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| JAY P. MOSKOWITZ, | ) | |
| | ) | |
| Respondent. | ) | |

_____

CONSENT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY
_____

The Motion for Relief from Automatic Stay filed by DCFS Trust, as assignee/successor in interest to DaimlerChrysler Services North Americas LLC, having been read and considered and having been scheduled for hearing on October 7, 2010; and

IT APPEARING to this Court that DCFS and the Debtor, through counsel, have consented to this Order;

IT FURTHER APPEARING to this Court that DCFS Trust is the owner of the following Collateral:

2008 Mercedes-Benz S550V, V.I.N. WDDNG71X38A217320

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that DCFS Trust is hereby granted relief from the automatic stay according to the automatic stay provisions of 11 U.S.C. §362 to proceed with the enforcement of its interest in the Collateral, pursuant to applicable law without further order from this Court.

FURTHER ORDERED that Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply, and this Consent Order shall be enforceable on its date of entry.

**END OF DOCUMENT**

**PREPARED BY:**
/s/ Jennifer P. Himes
_____
Jennifer P. Himes, Esq. (GA 143018)
The Hale Law Group, PLLC
88 Union Avenue, Suite 700
Memphis, TN 38103
(901) 271-0712
(901) 271-0900 Fax
Jennifer.Himes@TheHaleLawGroup.com
Attorneys for DCFS Trust

**CONSENTED TO:**
/s/ Evan M. Altman
_____
Evan M. Altman, Esq. (GA 014066)
Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, GA 30350
(770) 394-6466
(678) 405-1903 Fax
evan.altman@laslawgroup.com
Attorney for Debtor

## **DISTRIBUTION LIST**

Jennifer P. Himes, Esq.
The Hale Law Group, PLLC
88 Union Avenue, Suite 700
Memphis, TN 38103

Jay P. Moskowitz
5655 Cross Gate Drive NW
Atlanta, GA 30327

Evan M. Altman, Esq.
Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, GA 30350

Office of the U.S. Trustee
Suite 362, 75 Spring Street, S.W.
Atlanta, GA 30303

# CERTIFICATE OF NOTICE

```
District/off: 113E-9           User: hyattj                 Page 1 of 1                  Date Rcvd: Oct 12, 2010
Case: 10-73348                 Form ID: pdf401              Total Noticed: 5

The following entities were noticed by first class mail on Oct 14, 2010.
db/jtdb      +Jay P. Moskowitz,   Nadine K Baddour,   5655 Cross Gate Drive NW,   Atlanta, GA 30327-4815
aty          +Evan M. Altman,    Bldg. 2 - Northridge 400,    8325 Dunwoody Place,   Atlanta, GA 30350-3307
aty          +Jennifer Powers Himes,   The Hale Law Group, PLLC,   Suite 700,   88 Union Avenue,
               Memphis, TN 38103-5128
The following entities were noticed by electronic transmission on Oct 13, 2010.
aty           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov                         Vivieon E. Kelley,
               Office of the United States Trustee,   362 Richard Russell Building,   75 Spring Street, SW,
               Atlanta, GA 30303-3315
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov
               Office of the United States Trustee,   362 RIchard Russell Building,   75 Spring Street, SW,
               Atlanta, GA 30303-3315
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Evan M. Altman,    Bldg. 2 - Northridge 400,    8325 Dunwoody Place,   Atlanta, GA 30350-3307
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 14, 2010**               **Signature:**   *Joseph Speetjens*