**IT IS ORDERED as set forth below:**

**Date: October 25, 2010**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JAY P. MOSKOWITZ and | : | |
| NADINE K. BADDOUR, | : | CASE NO. 10-73348-WLH |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING EMPLOYMENT OF ATTORNEYS**

Cathy L. Scarver, the Chapter 7 Trustee in the above-styled case, has filed an application for approval of employment of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, Georgia 30326-1022, (404) 262-7373, as counsel.  It appearing that the attorneys are qualified to represent the Trustee in this case and that they represent no interest adverse to the Debtor or the estate in the matters upon which they are to be engaged, and that their employment is necessary and is in the best interest of the estate, it is herewith

329916.doc

**ORDERED AND ADJUDGED** that the employment by the Trustee of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., is hereby authorized and approved for the purposes specified in said Application. No compensation or expense reimbursement from the estate is authorized hereunder except as provided by Bankruptcy Code §§ 330 and 331, on order of this Court following application, notice, and hearing; and it is further

**ORDERED AND ADJUDGED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. In the event any written objections are filed within said period, then a hearing will be held on notice to the objecting party and the Trustee.

**[END OF DOCUMENT]**

**Prepared and presented by:**

*/s/ J. Michael Lamberth*
   J. Michael Lamberth
   Georgia Bar No. 431975


LAMBERTH, CIFELLI, STOKES
ELLIS & NASON, P.A.
Proposed Attorneys for the Trustee
3343 Peachtree Rd., NE
East Tower, Suite 550
Atlanta, GA 30326

**Identification of parties to be served:**

Cathy L. Scarver, P.O. Box 672587, Marietta, GA 30006

 J. Michael Lamberth, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, GA 30326

Office of U.S. Trustee, 362 Richard Russell Building, 75 Spring Street SW, Atlanta, GA 30303

Evan M. Altman, Building 2, Northridge 400, 8325 Dunwoody Place, Atlanta, GA 30350

329916.doc