**IT IS ORDERED as set forth below:**

**Date: November 19, 2010**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JAY P. MOSKOWITZ and | | |
| NADINE K. BADDOUR | : | CASE NO.    10-73348-WLH |
| | : | |
| Debtors. | : | |
| _____ | : | |

**ORDER AUTHORIZING PAYMENT OF INSURANCE PREMIUM AS
ADMINISTRATIVE EXPENSE**

This matter is before the Court on the Trustee's Application for Authority to Pay Administrative Expense (the "Application") in which she seeks authority to pay the sum of $5,949.21 to NEM Insurance Company Jamaica Limited for an insurance premium on property of the estates. It appearing that there are sufficient funds with which to make the foregoing

332387.doc

payment, that such payment is proper as an administrative expense of the Chapter 7 estate, and that no further notice or hearing is required, it is

**ORDERED** that the Application is **GRANTED**, and that the Trustee be, and hereby is, authorized to pay the sum of $5,949.21 to NEM Insurance Company Jamaica Limited for the insurance premium as a Chapter 7 administrative expense in this case.

**END OF DOCUMENT**

**Prepared and presented by:**

LAMBERTH, CIFELLI, STOKES,
ELLIS & NASON, P.A.
Counsel for Trustee

By:    /s/ J. Michael Lamberth
       J. Michael Lamberth
       Georgia Bar No. 431975

3343 Peachtree Road, N.E.
East Tower, Suite 550
Atlanta, Georgia  30326-1022
Phone: (404) 262-7373
Fax: (404) 262-9911

2

332387.doc

# CERTIFICATE OF NOTICE

```
District/off: 113E-9           User: millerc                Page 1 of 1                  Date Rcvd: Nov 22, 2010
Case: 10-73348                 Form ID: pdf452              Total Noticed: 5

The following entities were noticed by first class mail on Nov 24, 2010.
db/jtdb    +Jay P. Moskowitz,   Nadine K Baddour,   5655 Cross Gate Drive NW,   Atlanta, GA 30327-4815
aty        +Evan M. Altman,   Bldg. 2 - Northridge 400,   8325 Dunwoody Place,   Atlanta, GA 30350-3307
aty        +J. Michael Lamberth,   Lamberth, Cifelli, Stokes, Ellis & Nason,   East Tower - Suite 550,
             3343 Peachtree Road, NE,   Atlanta, GA 30326-1085
tr         +Cathy L. Scarver,   P. O. Box 672587,   Marietta, GA 30006-0044
ust        +Office of the United States Trustee,   362 RIchard Russell Building,   75 Spring Street, SW,
             Atlanta, GA 30303-3315
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Evan M. Altman,   Bldg. 2 - Northridge 400,   8325 Dunwoody Place,   Atlanta, GA 30350-3307
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 24, 2010**                    **Signature:** _Joseph Speetjens_