**IT IS ORDERED as set forth below:**

**Date: November 29, 2010**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CHAPTER 7 |
| JAY P. MOSKOWITZ and NADINE K. BADDOUR, | § § § § | CASE NO. 10-73348-WLH |
| Debtors. | § § | |
| M. ABUHAB PARTICIPACOES S.A., | § § § | CONTESTED MATTER |
| Movant, | § § | |
| vs. | § § § | |
| JAY P. MOSKOWITZ and NADINE K. BADDOUR, | § § § § | |
| Respondents. | § § | |

**ORDER DENYING CONSENT MOTION OF M. ABUHAB PARTICIPACOES S.A.
FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVER OF STAY ORDER
UNDER BANKRUPTCY RULE 4001(A)(3)**

On October 19, 2010, the Court held an initial hearing on the Consent Motion of M.

Abuhab Participacoes S.A. ("MAP") For Relief from the Automatic Stay and Waiver of Stay

Order under Bankruptcy Rule 4001(A)(3), dated September 8, 2010 (the "Motion"). Arbor

Capital Resources, Inc. ("Arbor") and the United States Trustee appeared in opposition to the Motion, Arbor having filed an Objection to the Motion, dated September 28, 2010. The Court continued the hearing on the Motion to October 27, 2010, by which time the above-referenced Debtors consented to convert their case from a case under Chapter 11 to a case under Chapter 7, which conversion was approved by this Court. To allow the newly appointed Chapter 7 Trustee, Cathy Scarver (the "Trustee"), to consider the relief requested in the Motion, the hearing on the Motion was continued to November 19, 2010.

On November 18, 2009, the Trustee filed a complaint seeking to invalidate liens relied upon by MAP to assert its entitlement to relief under the Motion (the "Adversary Proceeding") and an Application for Authority to Pay Administrative Expense (the "Application") so that the Trustee could obtain insurance on the property that was subject of the Motion. The Trustee appeared in opposition to the Motion at the hearing held on November 19, 2010. In addition to the Motion, in response to the objections raised to the Motion, MAP filed: (i) the Response of M. Abuhab Participacoes S.A. to Arbor Capital Resources, Inc.'s Objection to the Motion dated October 18, 2010; (ii) the Affidavit of Miguel Abuhab in Support of the Motion, dated October 18, 2010; and (iii) a Supplemental Response to Consent Motion Capital Resources, Inc.'s Objection to the Motion dated October 26, 2010.

Upon due consideration, of all the aforementioned pleadings and the arguments of counsel made at the hearings held on the Motion, it is hereby:

**ORDERED** that for the reasons stated on the record including that (i) MAP will be adequately protected by the anticipated insurance coverage that the Trustee has represented she will obtain upon approval of the Application; and (ii) the Adversary Proceeding raises colorable claims as to MAP's status as a secured creditor with respect to the Property (as defined in the

2

Motion), the Motion is DENIED without prejudice and the automatic stay shall remain in full force and effect pending further order of this Court.

**END OF DOCUMENT**

(Signatures on Next Page)

Prepared by:
FSB FISHER BROYLES, Limited Liability Partnership
Counsel for M. Abuhab Participacoes S.A.


By:  /s/ *Elaine N. Brasch*

Elaine N. Brasch
Georgia Bar No. 078435
255 Walhalla Court
Atlanta, Georgia 30350
678) 860-1911 (phone)
(866) 261-7062 (facsimile)

## DISTRIBUTION LIST

Valerie Richmond
Paul G. Durdaller
Taylor English Duma, LLP
**pdurdaller@taylorenglish.com**
**vrichmond@taylorenglish.com**

Evan M. Altman
**evan.altman@laslawgroup.com**

Vivieon Kelley
Office of the United States Trustee
**Vivieon.e.kelley@usdoj.gov**

Cathy L. Scarver
**trusteescarver@bellsouth.net**

J. Michael Lamberth
**MLamberth@LCSENLaw.com**